Electronically Filed - St Louis County - June 23, 2022 - 01:21 PM

IN THE CIRCUIT COURT
FOR THE COUNTY OF ST. LOUIS

| | |
|---|---|
| *CROWN FOODS, INC.,* | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 22SL-CC02660 |
| *MERCEDES-BENZ USA, LLC, and ASBURY AUTOMOTIVE ST. LOUIS, LLC dba PLAZA MOTOR COMPANY,* | ) Division No. |
| Defendants. | ) |

### NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION

COMES NOW Defendant Mercedes-Benz USA, LLC, by and through its attorneys Sandberg Phoenix & von Gontard P.C., and hereby notifies the Missouri Circuit Court for the Twenty-First Judicial Circuit, St. Louis County, that Defendant filed a Notice of Removal in the United States District Court for the Eastern District of Missouri, Eastern Division, to remove this action, originally filed in this Court, captioned *Crown Foods, Inc. v. Mercedes-Benz USA, LLC, et al.,* Cause No. 22SL-CC02660. A true and correct copy of the Notice of Removal filed in federal court is attached hereto as <u>Exhibit 1</u>.

Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Removal effects the removal of said action and the above-entitled Court may proceed no further unless and until the case is remanded.

17464046.v1

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/Timothy R. Tevlin
Aaron D. French, #50759
Timothy R. Tevlin, #68433
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
afrench@sandbergphoenix.com
ttevlin@sandbergphoenix.com

*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

**Certificate of Service**

I hereby certify that on 23rd day of June 2022 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/Timothy R. Tevlin



COURT SEAL OF
ST. LOUIS COUNTY

CIRCUIT CLERK

**/s/ Gwendolyn Bailey**
DEPUTY CLERK

2

17464046.v1